PER CURIAM.

(No. 75-CC-716—)

JOHN E. JACOBSEN, Claimant, *vs.* STATE OF ILLINOIS,
DEPARTMENT OF CONSERVATION, Respondent.

*Opinion filed March 31, 1975.*

JOHN E. JACOBSEN, Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; WILLIAM E.
WEBBER, Assistant Attorney General, for Respondent.

PER CURIAM.